**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **John M. Foote**
(Name of attorney of record)

on behalf of **Valero Marketing and Supply Company** in the matter of **Valero Marketing and Supply Company** v. **United States et. al.**,
Court No. **26-00213**.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   Valero Energy Corporation, a publicly-owned company, is the ultimate parent corporation of Valero Marketing and Supply Company.

2. Indicate whether the party on whose behalf this Form is being filed is [✓] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

/s/ John M. Foote                             January 8, 2026
Signature of Attorney                          Date

Sidley Austin LLP
Firm

1501 K St NW
Street Address

Washington, DC 20005
City, State and Zip Code

+1 202 736 8016
Telephone Number

john.foote@sidley.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)